NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1165

CELANESE CHEMICALS, LTD. (now Sekisui Specialty Chemicals America, LLC),

Plaintiff-Appellee,

v.

E.I. DUPONT DE NEMOURS & COMPANY
and CHANG CHUN PETROCHEMICAL CO., LTD.,

Defendants-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in
case no. 04-00594, Judge Delissa A. Ridgway.

ON MOTION

O R D E R

Upon consideration of the motion to reform the caption to reflect a change of ownership related to the plaintiff,

IT IS ORDERED THAT:

The motion is granted and the revised official caption is reflected above.

FOR THE COURT

AUG 1 7 2009

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc: Gracia M. Berg, Esq.
Alexander H. Schaefer, Esq.
Mary Jane Alves, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2009

JAN HORBALY
CLERK